01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR04-0188-JCC |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| RITA RUTH JONES, | ) | |
| Defendant. | ) | |

An initial revocation hearing on supervised release violations in this case was scheduled before the undersigned Magistrate Judge on March 13, 2007. The United States was represented by Assistant United States Attorney Andrew Friedman, and the defendant by Ms. Paula Deutsch. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about April 28, 2006, by the Honorable John C. Coughenour to 300 days in custody along with credit for having served the full amount of time, followed by three (3) years of of supervised release on a charge of Misrepresenting a Social Security Number under 42 U.S.C. § 408(a)(7)(B).

In addition to the standard conditions of supervised release, which includes compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, substance and mental health program participation, financial disclosure, consent to search and seizure, must

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

maintain a single checking account, may not obtain new credit, may not be self-employed, may not possess identification in any name other than her true legal name, to report all computer software owned or operated, consent to ongoing computer monitoring, and restitution in the amount of $155,850.51.

In a Petition for Warrant or Summons dated February 26, 2007, U.S. Probation Officer Felix Calvillo asserted the following violations by defendant of the conditions of her supervised release:

(1) Failing to make monthly $50 payments toward the penalty assessment for the months of June, July, August, September, October, and November 2006, in violation of the general condition of supervised release and special condition number 7.

(2) Failing to make monthly $100 payments toward restitution for the months of December 2006 and January 2007, in violation of the general condition of supervised release and special condition number 7.

(3) Failing to submit written reports to the U.S. Probation Office within the first five days of the months of December 2006 and January 2007, in violation of standard condition number 2.

On March 13, 2007, defendant appeared before the undersigned Magistrate Judge for her initial appearance for the alleged violations. Defendant was advised of her rights and of the alleged violations.

The defendant admitted to violation number 3, and waived her rights to any evidentiary hearing as to whether it occurred.

After the hearing, the government dismissed alleged violations 1 and 2 after discovering that defendant had, in fact, complied with these two terms of her supervision.

I therefore recommend that the Court find the defendant violated her conditions of supervised release as to violation number 3, and that the Court conduct a hearing limited to disposition of this violation.

01  A disposition hearing on violation number 3 has been set before the Honorable John
02 C. Coughenour for March 30, 2007, at 8:30 a.m.
03  Pending a final disposition by the Court, defendant was released, subject to continued
04 supervision.
05  DATED this 16th day of March, 2007.

```
                                            /s/ James P. Donohue
                                            JAMES P. DONOHUE
                                            United States Magistrate Judge
```

09  cc:  District Judge:         The Hon. John C. Coughenour
         AUSA:                   Mr. Andrew Friedman
10       Defendant's attorney:   Ms. Paula Deutsch
         Probation officer:      Mr. Felix Calvillo

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3