UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-188-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| RITA RUTH JONES, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 30, 2008. The United States was represented by AUSA Michael Scoville for Andrew Friedman and the defendant by Jennifer Wellman for Paula Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 28, 2006 by the Honorable John C. Coughenour on three counts of Misrepresenting a Social Security Number, and sentenced to 300 days custody (time served), plus 3 years supervised release. (Dkt. 40.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

to drug testing, participate in a drug program, abstain from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of $155,850.51, provide access to financial information, maintain a single checking account for all financial transactions, disclose any business interests, assets or liabilities, be prohibited from incurring new lines of credit or obligations without approval, not work for cash or be self-employed or employed by friends or relatives without approval, get approval for all employment and provide documentation of earnings, not obtain or possess any false identification documents, notify her probation officer of all software purchases and consent to search of her personal computer.

On March 13, 2007, defendant admitted violating the conditions of supervised release by failing to file monthly reports. (Dkt. 46.) On March 29, 2007, defendant was required to participate in Moral Reconation Therapy. (Dkt. 47.) No further action was taken at the time.

In an application dated September 25, 2008 (Dkt. 49 ), U.S. Probation Officer Mark J. Chance alleged the following violations of the conditions of supervised release:

1. Failing to submit written monthly reports to the U.S. Probation Office within the first five days of March, April, May, June, July, August and September 2008, in violation of standard condition #2.

2. Failing to make monthly $100 payments toward restitution since March 2007, in violation of special condition #7.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged,

and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 30th day of September, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Michael Scoville, Andrew Friedman
Defendant's attorney: Jennifer Wellman, Paula Deutsch
Probation officer: Mark J. Chance